**Subject:**    Rosenfeld v. AC2T, Inc.

**Date:**    Friday, January 7, 2022 at 2:42:42 PM Central Standard Time

**From:**    Cal Mayo

**To:**    Boyle, Edward P., Dimon, Anna G.

**CC:**    Yitz Kopel █████████████████████

**Attachments:**  image001.png, 12.17.2021 - Yee Subpoena.pdf

Ed and Anna,

As I mentioned in our call earlier this afternoon, Dr. Don Yee has authorized me to accept service of the subpoena (attached) directed to him. Dr. Yee reserves all objections and will respond in writing no later than Friday, January 21, 2022. I expect to produce some responsive documents in Dr. Yee's possession at or about the same time as the written response. To the extent Dr. Yee cannot produce at that time responsive documents for which no objection exists, I will advise you when to reasonably expect to receive a supplemental production.

Dr. Yee will review electronic and hard copy materials (to the extent they exist) for responsive documents. He will also review personal sources (*e.g.*, email, text, etc.) to the extent those sources exist and a search is reasonably necessary.

As for his deposition, we will discuss arrangements for a date (likely on a Tuesday in February) should you decide to move forward with the deposition after review of the documents produced by Dr. Yee.

Have a good weekend.

Cal Mayo



**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford & Jackson Offices

**E:** cmayo@mayomallette.com
**O:** 662.236.0055 **J:** 601.366.1106
**D:** 662.513.4897 **C:** 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com



EXHIBIT

"A"