| | |
|---|---|
| **Subject:** | Re: Subpoena to Dr. Yee |
| **Date:** | Wednesday, January 19, 2022 at 8:51:19 AM Central Standard Time |
| **From:** | Yitz Kopel |
| **To:** | Cal Mayo |
| **CC:** | Alec Leslie |
| **Attachments:** | image001.png |

Cal:

We will seek to protect these documents as privileged. I will be emailing defense counsel and copying you shortly regarding this dispute. In the meantime, please do not produce any communications between me and Dr. Yee until this is resolved.

Yitz

On Tue, Jan 18, 2022 at 5:04 PM Cal Mayo <cmayo@mayomallette.com> wrote:

> Yitz and Alec,
>
> Attached are documents responsive to request No. 14 in the subpoena. I am not aware of any privilege or immunity which pertains to these communications from Dr. Yee's perspective. However, you or your client may have an interest in protecting the communications. If so, please understand that Dr. Yee intends to produce these documents, and you should take appropriate steps to quash the subpoena or otherwise obtain protection from the Court if you deem such action necessary and appropriate to protect your interests or your client's interests in these documents.
>
> Cal
>
> 
>
> **J. Cal Mayo, Jr.**
> **Mayo Mallette**
> Oxford & Jackson Offices
>
> E: cmayo@mayomallette.com
> O: 662.236.0055  J: 601.366.1106
> D: 662.513.4897  C: 662.801.3837
> 2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
> 4400 Old Canton Road, Suite 150 | Jackson, MS 39211
> mayomallette.com

--
Yitz Kopel
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7127 (tel)
212-989-9163 (fax)
ykopel@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION



EXHIBIT "B"

This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it. If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.