Tuesday, September 27, 2022 at 09:38:53 Central Daylight Time

| | |
|---|---|
| **Subject:** | Spartan litigation |
| **Date:** | Monday, August 15, 2022 at 3:24:59 PM Central Daylight Time |
| **From:** | Cal Mayo |
| **To:** | David Tyler Adams |
| **CC:** | Yitz Kopel |

**Attachments:** image001.png

Tyler,

I do not know the status of resolution as to the communications with Dr. Yee to which Yitz Kopel asserted immunity. As I previously mentioned, if Yitz is not taking any formal action to prevent their disclosure, I will provide them to you.

Yitz, Tyler has indicated he will file a motion to compel as to the subpoena issued to Dr. Yee. At this point, I do not know all of the issues which he intends to raise for AC2T. However, he has previously mentioned your emails with Dr. Yee, about which you previously communicated with Ed and Anna at Venable. If you continue to assert immunity as to those communications and have not reached an agreement with AC2T as to the withholding of those emails from production, please file a motion for protective order in the S.D. Miss. by the end of this week. Absent such a motion, I will produce the referenced emails in response to the subpoena.

Cal



**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford & Jackson Offices

**E**: cmayo@mayomallette.com
**O**: 662.236.0055 **J**: 601.366.1106
**D**: 662.513.4897 **C**: 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com



EXHIBIT "E"