**Subject:** RE: Rosenfeld v. AC2T - Yee Emails
**Date:** Thursday, August 18, 2022 at 10:57:42 AM Central Daylight Time
**From:** Maria H. Ruiz
**To:** Alec Leslie, Cal Mayo
**CC:** Yitz Kopel, David Tyler Adams, Jacob Abrams

Confirming my agreement on this timing pending further discussions between us.

Maria H. Ruiz
Kasowitz Benson Torres LLP
1441 Brickell Avenue
Suite 1420
Miami, Florida 33131
Tel.  (786) 587-1044
Fax.  (305) 675-2601
MRuiz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**From:** Alec Leslie <aleslie@bursor.com>
**Sent:** Thursday, August 18, 2022 11:56 AM
**To:** Cal Mayo <cmayo@mayomallette.com>
**Cc:** Maria H. Ruiz <MRuiz@kasowitz.com>; Yitz Kopel <ykopel@bursor.com>
**Subject:** Rosenfeld v. AC2T - Yee Emails

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Cal,

I've spoken with Maria Ruiz (copied here), and she has agreed that you need not produce the Yee emails identified in Plaintiff's privilege log by tomorrow.  We are still discussing the issue and will let you know as soon as possible what the outcome is.  Please confirm you will hold off producing for now.


EXHIBIT "F"

Sincerely,

Alec
--
Alec M. Leslie
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646-837-7126 (tel)
212-989-9163 (fax)
[aleslie@bursor.com](aleslie@bursor.com)
[www.bursor.com](www.bursor.com)

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege.  Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it.  If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.