**Subject:** RE: Yee Documents
**Date:** Tuesday, April 12, 2022 at 5:40:57 PM Central Daylight Time
**From:** Dimon, Anna G.
**To:** Cal Mayo, Yitz Kopel
**CC:** Boyle, Edward P.
**Attachments:** image001.png, Confidentiality Agreement - Executed.pdf

Thank you, Cal. Please find attached the agreement executed on behalf of AC2T. We look forward to receiving the remainder of the responsive documents.

Best,
Anna

**From:** Cal Mayo <cmayo@mayomallette.com>
**Sent:** Tuesday, April 12, 2022 5:54 PM
**To:** Dimon, Anna G. <AGDimon@Venable.com>; Yitz Kopel <ykopel@bursor.com>
**Cc:** Boyle, Edward P. <EPBoyle@Venable.com>
**Subject:** Re: Yee Documents

**Caution: External Email**

Counsel,

I was able to get to the agreement. Here is the final version ready for signature. I accepted the edit and made no other changes.

Cal



### J. Cal Mayo, Jr.
**Mayo Mallette**
Oxford & Jackson Offices

**E:** cmayo@mayomallette.com
**O:** 662.236.0055 **J:** 601.366.1106
**D:** 662.513.4897 **C:** 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com

**From:** Yitz Kopel <ykopel@bursor.com>
**Date:** Tuesday, April 12, 2022 at 10:59 AM
**To:** "Dimon, Anna G." <AGDimon@Venable.com>
**Cc:** Cal Mayo <cmayo@mayomallette.com>, "Boyle, Edward P." <EPBoyle@Venable.com>
**Subject:** Re: Yee Documents

This is fine.


EXHIBIT

"J"

On Mon, Apr 11, 2022 at 5:09 PM Dimon, Anna G. <AGDimon@venable.com> wrote:

Hi All,

Minor proposed edit reflected in the attached in track.  If this is acceptable, we will execute.

Thank you,
Anna

---

**From:** Yitz Kopel <ykopel@bursor.com>
**Sent:** Monday, April 4, 2022 6:25 PM
**To:** Cal Mayo <cmayo@mayomallette.com>
**Cc:** Dimon, Anna G. <AGDimon@Venable.com>; Boyle, Edward P. <EPBoyle@Venable.com>
**Subject:** Re: Yee Documents

**Caution: External Email**

Alright, your proposal looks fine to me.

On Mon, Apr 4, 2022 at 6:23 PM Cal Mayo <cmayo@mayomallette.com> wrote:

Yitz,

Dr. Yee will not consent to the jurisdiction of the New York court for purposes of the subpoena, the document production, or the deposition.

Cal

**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford and Jackson Offices

**E**: cmayo@mayomallette.com
**O**: 662.236.0055 **J**: 601.366.1106
**D**: 662.513.4897 **C**: 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com

On Apr 4, 2022, at 4:50 PM, Yitz Kopel <ykopel@bursor.com> wrote:

Cal - there's already a protective order in place in this action.  Any reason you can't designate the docs under this?

On Fri, Apr 1, 2022 at 3:45 PM Cal Mayo <cmayo@mayomallette.com> wrote:

Anna and Yitz,

Attached is a confidentiality agreement for the Yee documents and deposition. Please let me know if you have any comments. Otherwise, please return the document with your signatures. I will then sign and date the agreement and provide you a copy with all signatures. I will also produce the remaining documents.

Have a good weekend.

Cal


**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford & Jackson Offices

**E**: cmayo@mayomallette.com
**O**: 662.236.0055 **J**: 601.366.1106
**D**: 662.513.4897 **C**: 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com


--
Yitz Kopel
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7127 (tel)
212-989-9163 (fax)
ykopel@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy, use or distribute it.  If you receive this email in error, please contact the sender immediately and permanently delete the email from any and all storage devices under your control.

--
Yitz Kopel
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7127 (tel)
212-989-9163 (fax)
ykopel@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege.
Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy,
use or distribute it.  If you receive this email in error, please contact the sender immediately and
permanently delete the email from any and all storage devices under your control.

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*************************************************************************

--
Yitz Kopel
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7127 (tel)
212-989-9163 (fax)
ykopel@bursor.com
www.bursor.com

PRIVILEGED COMMUNICATION
This email may contain confidential material or other matter protected by the attorney-client privilege.
Unless you are the addressee (or are authorized to receive this email for the addressee), you may not copy,
use or distribute it.  If you receive this email in error, please contact the sender immediately and permanently
delete the email from any and all storage devices under your control.

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*************************************************************************