**Subject:** Re: Rosenfeld v. AC2T - subpoena to D. Yee
**Date:** Tuesday, May 17, 2022 at 12:56:42 PM Central Daylight Time
**From:** Cal Mayo
**To:** Boyle, Edward P.

**Attachments:** image001.png

Edward,

I had discussed with Anna several of the items raised in your letter of yesterday and thought some of the answers were even memorialized in emails. Regardless, here are the responses to your questions.

Lab Books: No lab books exist with Dr. Yee. He, of course, cannot speak for the other labs involved in the study and development of the paper.

Chain of Custody and Salt Concentration Documents: To the extent any information exists concerning chain of custody or salt concentrations, the emails with co-authors and the paper contain that information.

Funding Communications: Dr. Yee received no funding for his work. He understands all authors covered their own expenses.

Anonymous Reviewers Communications: One of the documents produced to you is entitled "Responses to reviewers".

"Office of Research" Communications: The University does not have an "Office of Research". Perhaps you mean the "Office of Research Administration". If so, Dr. Yee had no communications with ORA about this project because Dr. Yee did not receive any grant or government funding for the study.

Twitter and Other Social Media Accounts: Dr. Yee has produced the responsive documents of which he is aware. He deleted his Facebook account several years ago and has no other social media accounts.

This should resolve all issues identified in your letter.

Cal



**J. Cal Mayo, Jr.**
**Mayo Mallette**
Oxford & Jackson Offices

**E**: cmayo@mayomallette.com
**O**: 662.236.0055  **J**: 601.366.1106
**D**: 662.513.4897  **C**: 662.801.3837
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655
4400 Old Canton Road, Suite 150 | Jackson, MS 39211
mayomallette.com



EXHIBIT "N"

**From:** "Boyle, Edward P." <EPBoyle@Venable.com>
**Date:** Monday, May 16, 2022 at 12:31 PM
**To:** Cal Mayo <cmayo@mayomallette.com>
**Subject:** Rosenfeld v. AC2T - subpoena to D. Yee

Please see attached.

**************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
**************************************************************************