Query   Reports   Utilities   Help   Log Out

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:19-cv-05946-RBS

AC2T, INC. v. PURRINGTON
Assigned to: HONORABLE R. BARCLAY SURRICK
Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 12/17/2019
Jury Demand: Both
Nature of Suit: 320 P.I.: Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**AC2T, INC.**
*doing business as*
SPARTAN MOSQUITO

represented by **EVAN LOUIS FRANK**
ALAN L. FRANK LAW ASSOCIATES, PC.
135 OLD YORK ROAD
JENKINTOWN, PA 19046
215-935-1000
Fax: 215-935-1110
Email: efrank@alflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ALAN L. FRANK**
ALAN L. FRANK LAW ASSOCIATES PC
135 OLD YORK RD
JENKINTOWN, PA 19046
215-935-1000
Fax: 215-935-1110
Email: afrank@alflaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COLIN PURRINGTON**

represented by **PAIGE M. WILLAN**
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST STE 1400
PHILADELPHIA, PA 19103
215-569-4283
Email: pwillan@klehr.com
*TERMINATED: 04/20/2021*
*LEAD ATTORNEY*

**TREVOR C. SERINE**
SERINE LAW
30 WEST THIRD ST.



EXHIBIT "R"

        MEDIA, PA 19063
        484-448-6426
        Fax: 610-892-7412
        Email: TCS@serinelaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**COLIN PURRINGTON**   represented by   **PAIGE M. WILLAN**
    (See above for address)
    *TERMINATED: 04/20/2021*
    *LEAD ATTORNEY*

    **TREVOR C. SERINE**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AC2T, INC.**   represented by   **EVAN LOUIS FRANK**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **ALAN L. FRANK**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2019 | 1 | COMPLAINT against COLIN PURRINGTON ( Filing fee $ 400 receipt number PPE208459.), filed by AC2T, INC..(bw, ) (Entered: 12/18/2019) |
| 12/17/2019 | | DEMAND for Trial by Jury by AC2T, INC.. (bw, ) (Entered: 12/18/2019) |
| 12/17/2019 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by AC2T, INC..(bw, ) (Entered: 12/18/2019) |
| 12/17/2019 | | 1 Summons Issued as to COLIN PURRINGTON. Forwarded To: COUNSEL on 12/18/2019 (bw, ) (Entered: 12/18/2019) |
| 02/12/2020 | 3 | MOTION Motion for Alternative Service re Summons Issued, 1 Complaint, Jury Demand, 2 Disclosure Statement Form 7.1 filed by AC2T, INC... (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(FRANK, EVAN) (Entered: 02/12/2020) |
| 02/12/2020 | 4 | ORDER GRANTING 3 MOTION FOR ALTERNATIVE SERVICE AS OUTLINED HEREIN. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 02/12/20. 02/12/20 ENTERED AND COPIES E-MAILED. (dmd) (Entered: 02/12/2020) |
| 03/09/2020 | 5 | AFFIDAVIT of Service by Richard Scollon, Jr. re: served Complaint and Summons by Posted to Premises per Court Order on March 4, 2020 (FRANK, ALAN) (Entered: 03/09/2020) |

| | | |
|---|---|---|
| 03/25/2020 | 6 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by COLIN PURRINGTON.Brief, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Brief)(WILLAN, PAIGE) (Entered: 03/25/2020) |
| 04/07/2020 | 7 | RESPONSE to Motion re 6 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by AC2T, INC.. (Attachments: # 1 Certificate of Service)(FRANK, EVAN) (Entered: 04/07/2020) |
| 04/14/2020 | 8 | MOTION for Leave to File *Reply Brief in Further Support of Motion to Dismiss* filed by COLIN PURRINGTON.Certificate of Service. (Attachments: # 1 Text of Proposed Order)(WILLAN, PAIGE) (Entered: 04/14/2020) |
| 04/15/2020 | 9 | NOTICE of Appearance by ALAN L. FRANK on behalf of AC2T, INC. with Certificate of Service (Attachments: # 1 Certificate of Service). (FILED IN ERROR BY ATTORNEY; CASE NUMBER INCORRECT).(FRANK, ALAN) Modified on 4/16/2020 (fb). (Entered: 04/15/2020) |
| 04/27/2020 | 10 | STATUS REPORT *Joint Status Report* by AC2T, INC.. (FRANK, EVAN) (Entered: 04/27/2020) |
| 04/28/2020 | 11 | ORDER GRANTING 8 MOTION FOR LEAVE TO FILE REPLY BRIEF. REPLY BRIEF ATTACHED AS EXHIBIT A IS DEEMED FILED THIS DATE. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 04/28/20. 04/28/20 ENTERED AND COPIES E-MAILED. dmd,) (Entered: 04/28/2020) |
| 10/22/2020 | 12 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 10/22/20. 10/22/20 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 10/22/2020) |
| 10/22/2020 | 13 | ORDER THAT DEFENDANT'S MOTION TO DISMISS IS GRANTED IN PART AND DENIED IN PART. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 10/22/20. 10/22/20 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 10/22/2020) |
| 11/04/2020 | 14 | STIPULATION AND ORDER THAT THE TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT SHALL BE EXTENDED UP TO AND INCLUDING 11/19/2020. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 11/4/20. 11/4/20 ENTERED AND COPIES E-MAILED.(mbh, ). (Entered: 11/04/2020) |
| 11/12/2020 | 15 | AMENDED COMPLAINT against COLIN PURRINGTON, filed by AC2T, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(FRANK, EVAN) (Entered: 11/12/2020) |
| 11/25/2020 | 16 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by COLIN PURRINGTON.Memorandum of Law, Certificate of Service. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(WILLAN, PAIGE) (Entered: 11/25/2020) |
| 11/25/2020 | 17 | MOTION to Compel *Responses to Document Requests and Interrogatories* filed by COLIN PURRINGTON.Memorandum of Law, Certificate of Service. (Attachments: # 1 Brief, # 2 Exhibit Exhibits 1-7 to Memorandum of Law in Support of Motion to Compel, # 3 Text of Proposed Order)(WILLAN, PAIGE) (Entered: 11/25/2020) |
| 12/09/2020 | 18 | RESPONSE in Opposition re 16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by AC2T, INC.. (Attachments: # 1 Certificate of Service Certificate of Service)(FRANK, EVAN) (Entered: 12/09/2020) |
| 12/09/2020 | 19 | RESPONSE in Opposition re 17 MOTION to Compel *Responses to Document Requests and Interrogatories* filed by AC2T, INC.. (Attachments: # 1 Certificate of Service Certificate of Service)(FRANK, EVAN) (Entered: 12/09/2020) |

| | | |
|---|---|---|
| 04/20/2021 | 20 | NOTICE of Appearance by TREVOR C. SERINE on behalf of COLIN PURRINGTON with Certificate of Service(SERINE, TREVOR) (Entered: 04/20/2021) |
| 04/20/2021 | 21 | NOTICE of Withdrawal of Appearance by PAIGE M. WILLAN on behalf of COLIN PURRINGTON(WILLAN, PAIGE) (Entered: 04/20/2021) |
| 05/10/2021 | 22 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 5/10/21. 5/10/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 05/10/2021) |
| 05/10/2021 | 23 | ORDER THAT DEFENDANT'S MOTION TO DISMISS COUNT II OF THE AMENDED COMPLAINT IS DENIED. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 5/10/21. 5/10/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 05/10/2021) |
| 05/26/2021 | 24 | STIPULATION AND ORDER THAT THE TIME PERIOD TO FILE AN ANSWER IN RESPONSE TO THE AMENDED COMPLAINT FOR A PERIOD OF 30 DAYS FROM THE DATE OF THIS STIPULATION AND ORDER. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 5/25/21. 5/26/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 05/26/2021) |
| 06/24/2021 | 25 | ANSWER to 15 Amended Complaint, , First COUNTERCLAIM against AC2T, INC. by COLIN PURRINGTON. (Attachments: # 1 Certificate of Service Answer with New Matter and Counterclaim)(SERINE, TREVOR) (Entered: 06/24/2021) |
| 07/09/2021 | 26 | STIPULATION AND ORDER THAT THE DATE FOR PLFF TO ANSWER DEFT'S COUNTERCLAIM IS EXTENDED FROM 7/14/2021 TO 7/28/2021. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 7/9/21. 7/9/21 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 07/09/2021) |
| 07/28/2021 | 27 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by AC2T, INC..Brief, Certificate of Service. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(FRANK, EVAN) (Entered: 07/28/2021) |
| 08/16/2021 | 28 | RESPONSE in Opposition re 27 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by COLIN PURRINGTON. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(SERINE, TREVOR) (Entered: 08/16/2021) |
| 09/22/2021 | 29 | ORDER THAT PLAITIFF'S MOTION TO DISMISS COUNTERCLAIM FOR ABUSE OF PROCESS IS GRANTED. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 9/22/21.9/22/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 09/22/2021) |
| 09/24/2021 | 30 | ORDER THAT DEFENDANT'S MOTION TO COMPEL IS GRANTED IN PART AND DENIED IN PART. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 9/24/21.9/24/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 09/24/2021) |
| 10/05/2021 | 31 | First MOTION for Sanctions *of Plaintiff and Plaintiff's Counsel* filed by COLIN PURRINGTON.Certificate of Counsel and Service. (Attachments: # 1 Exhibit a - d, # 2 Text of Proposed Order proposed sanctions)(SERINE, TREVOR) (Entered: 10/05/2021) |
| 10/05/2021 | 32 | RESPONSE in Opposition re 31 First MOTION for Sanctions *of Plaintiff and Plaintiff's Counsel* filed by AC2T, INC.. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(FRANK, EVAN) (Entered: 10/05/2021) |
| 10/05/2021 | 33 | ORDER THAT PLAINTIFF AC2T, INC. RESPOND TO DEFENDANT'S MOTION FOR SACTIONS WITHIN TEN DAYS OF THE DATE OF THIS ORDER. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 10/5/21. 10/6/21 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/22/2021 | 34 | MOTION for Order *governing exchange of confidential documents in discovery* filed by AC2T, INC..Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(FRANK, EVAN) (Entered: 10/22/2021) |
| 11/04/2021 | 35 | RESPONSE in Opposition re 34 MOTION for Order *governing exchange of confidential documents in discovery* filed by COLIN PURRINGTON. (Attachments: # 1 Certificate of Service)(SERINE, TREVOR) (Entered: 11/04/2021) |
| 01/14/2022 | 36 | ORDER THAT UPON CONSIDERATION OF THE DEFENDANT'S MOTION FOR SANCTIONS 31 , AND PLAINTIFF'S RESPONSE THERETO 32 , IT IS ORDERED THAT THE MOTION IS DENIED. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 1/14/2022.1/14/2022 ENTERED AND COPIES E-MAILED.(ti) (Entered: 01/14/2022) |
| 01/14/2022 | 37 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION FOR ORDER GOVERNING EXCHANGE OF CONFIDENTIAL DOCUMENTS AND INFORMATION IN DISCOVERY 34 AND DEFENDANT'S RESPONSE THERETO 35 , IT IS ORDERED THAT THE MOTION IS GRANTED, ETC. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 1/14/2022.1/14/2022 ENTERED AND COPIES E-MAILED.(ti) (Entered: 01/14/2022) |
| 02/22/2022 | 38 | First MOTION for Hearing *for Immunity pursuant to 27 Pa. C.S. 8301 et seq.* filed by COLIN PURRINGTON.Motion. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(SERINE, TREVOR) (Entered: 02/22/2022) |
| 03/07/2022 | 39 | ORDER THAT A TELEPHONE CONFERENCE IS SCHEUDLED FOR 3/8/2022 AT 1:30 PM. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 3/7/22. 3/7/22 ENTERED AND COPIES E-MAILED.(ti) (Entered: 03/07/2022) |
| 03/08/2022 | 40 | AMENDED ORDER THAT THE TELEPHONE CONFERENCE IS RESCHEDULED FOR 3/9/2022, AT 1:30 PM. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 3/8/22. 3/8/22 ENTERED AND COPIES E-MAILED.(ti) Modified on 3/8/2022 (ti). (Entered: 03/08/2022) |
| 03/08/2022 | 41 | RESPONSE in Opposition re 38 First MOTION for Hearing *for Immunity pursuant to 27 Pa. C.S. 8301 et seq.* filed by AC2T, INC.. (Attachments: # 1 Certificate of Service)(FRANK, EVAN) (Entered: 03/08/2022) |
| 03/09/2022 | 43 | ORDER THAT ALL DISCOVERY MOTIONS SHALL BE FILED ON OR BEFORE 3/19/22. A SECOND DISCOVERY CONFERENCE WILL BE HELD UPON THE JOINT REQUEST OF COUNSEL. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 3/9/22. 3/10/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 03/10/2022) |
| 03/10/2022 | 42 | Minute Entry for proceedings held before HONORABLE R. BARCLAY SURRICK Telephone Conference held on 3/9/22 (JL) (Entered: 03/10/2022) |
| 03/21/2022 | 44 | MOTION for Discovery *Motion to Compel Defendant's Deposition; Motion to Compel Defendant to Produce Documents* filed by AC2T, INC..Memorandum, Certification of Counsel. (Attachments: # 1 Exhibit A - Deposition notice 8-18-21, # 2 Exhibit B - Document requests 1-22-21, # 3 Exhibit C - Deposition notice 4-6-21, # 4 Exhibit D - Emails 6-10 6-15 and 6-23-21, # 5 Exhibit E - Email 8-16-21, # 6 Exhibit F - Letter to Court 8-24-21, # 7 Exhibit G - Email 10-1-21, # 8 Certificate of Service, # 9 Text of Proposed Order)(FRANK, EVAN) (Entered: 03/21/2022) |
| 03/21/2022 | 45 | Second MOTION for Sanctions *and for preclusion and dismissal with prejudice* filed by COLIN PURRINGTON.Certificate of Counsel and Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(SERINE, TREVOR) (Entered: 03/21/2022) |

| | | |
|---|---|---|
| 03/29/2022 | 46 | RESPONSE in Opposition re 45 Second MOTION for Sanctions *and for preclusion and dismissal with prejudice* filed by AC2T, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(FRANK, EVAN) (Entered: 03/29/2022) |
| 03/31/2022 | 47 | RESPONSE in Opposition re 44 MOTION for Discovery *Motion to Compel Defendant's Deposition; Motion to Compel Defendant to Produce Documents* filed by COLIN PURRINGTON. (Attachments: # 1 Text of Proposed Order for denial)(SERINE, TREVOR) (Entered: 03/31/2022) |
| 04/01/2022 | 48 | REPLY to Response to Motion re 45 Second MOTION for Sanctions *and for preclusion and dismissal with prejudice* filed by COLIN PURRINGTON. (SERINE, TREVOR) (Entered: 04/01/2022) |
| 04/22/2022 | 49 | MOTION to Seal Document 46 Response in Opposition to Motion filed by AC2T, INC..Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(FRANK, EVAN) (Entered: 04/22/2022) |
| 05/09/2022 | 50 | REPLY to Response to Motion re 38 First MOTION for Hearing *for Immunity pursuant to 27 Pa. C.S. 8301 et seq.* filed by COLIN PURRINGTON. (SERINE, TREVOR) (Entered: 05/09/2022) |
| 05/17/2022 | 51 | RESPONSE in Opposition re 49 MOTION to Seal Document 46 Response in Opposition to Motion filed by COLIN PURRINGTON. (SERINE, TREVOR) (Entered: 05/17/2022) |
| 06/10/2022 | 52 | MOTION to Enter a Scheduling Order; Direct Defendant to Appear for Deposition and Produce Documents filed by AC2T, INC..Brief, Certificate of Service. (Attachments: # 1 Certificate of Service, # 2 Text of Proposed Order)(FRANK, EVAN) (Entered: 06/10/2022) |
| 07/28/2022 | 53 | ORDER THAT A HEARING ON MOTIONS (ECF NOS. 44, 45, 49 AND 52) IS SCHEDULED FOR 8/17/22 AT 1:00 PM IN COURTROOM 8A. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 7/28/22]. 7/28/22 ENTERED AND COPIES E-MAILED. (mbh) (Entered: 07/28/2022) |
| 08/17/2022 | 54 | Minute Entry for proceedings held before HONORABLE R. BARCLAY SURRICK in Courtroom 8-A. Motion Hearing held on 8/17/22. Court Reporter: ESR. (mbh) (Entered: 08/17/2022) |
| 08/19/2022 | 55 | ORDERED THAT: 1. PLAINTIFFS MOTION TO COMPEL DEFENDANTS DEPOSITION; MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS (ECF NO. 44) IS GRANTED. A. IT IS ORDERED THAT DEFENDANT BE DEPOSED WITHIN 20 DAYS OF THE DATE OF ENTRY OF THIS ORDER. B. IT IS ORDERED THAT DEFENDANT PROVIDE THE DOCUMENTS REQUESTED IN THE SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTIONS. IF DEFENDANT ASSERTS THAT HE HAS PREVIOUSLY PROVIDED THE REQUESTED INFORMATION, HE MUST CLEARLY STATE WHAT RESPONSIVE INFORMATION HAS BEEN PROVIDED AND PROVIDE BATES NUMBERS TO DIRECT PLAINTIFF WHERE TO FIND THAT INFORMATION. 2. DEFENDANTS MOTIONS FOR SANCTIONS AND PRECLUSION (ECF NO. 45) IS DENIED. IT IS ORDERED THAT DEFENDANT FILE A MOTION WITH THE COURT IF HE DETERMINES THAT DOCUMENTS HAVE NOT BEEN PRODUCED THAT DEFENDANT KNOWS EXIST. 3. PLAINTIFFS MOTION TO FILE EXHIBITS UNDER SEAL (ECF NO. 49) IS DENIED AS MOOT. 4. PLAINTIFFS MOTION TO ENTER A SCHEDULING ORDER (ECF NO. 52) IS GRANTED. THE COURT WILL ENTER A SCHEDULING ORDER IN THE NEXT 30 DAYS AFTER CONFERRING WITH THE PARTIES.. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 8/19/2022.8/19/2022 ENTERED AND COPIES E-MAILED. (sg) (Entered: 08/19/2022) |

| 09/16/2022 | 56 | SCHEDULING ORDER: A SETTLEMENT CONFERENCE WITH AN ASSIGNED MAGISTRATE JUDGE WILL BE SCHEDULED AT THE REQUEST OF COUNSEL. ALL FACT DISCOVERY SHALL BE COMPLETED NO LATER THAN 12/16/23. DISPOSITIVE MOTIONS SHALL BE FILED BY 2/16/23. MOTIONS IN LIMINE SHALL BE FILED BY 5/22/23. A FINAL PRETRIAL CONFERENCE WILL BE HELD ON 6/15/23 AT 2:00 PM IN CHAMBERS. TRIAL IS SCHEDULED FOR 6/19/23 AT 9:30 AM IN COURTROOM 8-A SIGNED BY HONORABLE R. BARCLAY SURRICK ON 9/16/22. 9/16/22 ENTERED AND COPIES E-MAILED.(mbh) (Entered: 09/19/2022) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2022 11:50:17 | | | |
| **PACER Login:** | kmembry1 | **Client Code:** | spartan |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-05946-RBS |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |