CLOSED

# U.S. District Court
## Southern District of Mississippi (Eastern (Hattiesburg))
## CIVIL DOCKET FOR CASE #: 2:22−mc−00120−TBM−RPM

Rosenfeld v. AC2T, Inc.

Assigned to: District Judge Taylor B. McNeel

Referred to: Magistrate Judge Robert P. Myers, Jr

Date Filed: 09/02/2022

Date Terminated: 12/21/2022

**Plaintiff**

**Kalman Rosenfeld**

represented by **Kalman Rosenfeld**
PRO SE

V.

**Defendant**

**AC2T, Inc.**

represented by **Seth M. Hunter**
DUKES DUKES & HUNTER
P. O. Box 2055
226 West Pine Street (39401)
Hattiesburg, MS 39403
601/544−4121
Fax: 601/544−4425
Email: shunter@jdukeslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Tyler Adams − PHV**
KASOWITZ BENSON TORRES, LLP
1633 Broadway
New York, NY 10019
212−506−1927
Fax: 212−835−5067
Email: dadams@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria H. Ruiz − PHV**
KASOWITZ BENSON TORRES, LLP − Miami
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
212−506−1927
Email: mruiz@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Dr. Donald Yee**

represented by **J. Cal Mayo , Jr.**
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road

Suite 200
Oxford, MS 38655
662−236−0055
Fax: 662−236−0035
Email: cmayo@mayomallette.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Katherine Embry**
MAYO MALLETTE, PLLC
P. O. Box 1456
2094 Old Taylor Road
Oxford, MS 38655
662/236−0055
Fax: 662/236−0035
Email: kembry@mayomallette.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**The University of Southern Mississippi**          represented by **Sarah Katherine Embry**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2022 | Ï 1 | MOTION to Compel compliance with subpoena duces tecum by AC2T, Inc. (Attachments: # 1 Civil Cover Sheet)(LDR) (Entered: 09/02/2022) |
| 09/02/2022 | Ï 2 | MOTION for Leave to File SEALED Document by AC2T, Inc. (LDR) (Entered: 09/02/2022) |
| 09/02/2022 | Ï 3 | MEMORANDUM in Support re 2 MOTION for Leave to File SEALED Document filed by AC2T, Inc. (Attachments: # 1 Exhibit 1 – Confidentiality Order, # 2 Exhibit 2 – Confidentiality and Limited Use, Distribution and Non−Disclosure Agreement, # 3 Exhibit 3 – Proposed Order)(LDR) (Entered: 09/02/2022) |
| 09/08/2022 | Ï 4 | NOTICE of Appearance by J. Cal Mayo, Jr on behalf of Donald Yee (Mayo, J.) (Entered: 09/08/2022) |
| 09/08/2022 | Ï 5 | NOTICE of Appearance by Sarah Katherine Embry on behalf of Donald Yee (Embry, Sarah) (Entered: 09/08/2022) |
| 09/12/2022 | Ï 6 | Corporate Disclosure Statement by AC2T, Inc. (Hunter, Seth) (Entered: 09/12/2022) |
| 09/16/2022 | Ï 7 | ORDER granting 2 Motion for Leave to File Document Under Seal or Restricted. Signed by Magistrate Judge Robert P. Myers, Jr on September 16, 2022 (ELC) (Entered: 09/16/2022) |
| 09/19/2022 | Ï 8 | NOTICE OF CONVENTIONAL FILING re 1 Motion to Compel filed by AC2T, Inc. (LDR) (Entered: 09/19/2022) |
| 09/19/2022 | Ï 9 | Sealed Document RE: 7 Order on Motion for Leave to File Document Under Seal or Restricted, 8 Notice of Conventional Filing filed by AC2T, Inc. (LDR) (Entered: 09/19/2022) |
| 09/19/2022 | Ï 10 | |

| | | |
|---|---|---|
| | | NOTICE OF CONVENTIONAL FILING of Declaration of Seth M. Hunter re 1 MOTION to Compel filed by AC2T, Inc. (LDR) (Entered: 09/19/2022) |
| 09/19/2022 | Ï 11 | Sealed Document Declaration of Seth M. Hunter RE: 1 MOTION to Compel filed by AC2T, Inc., 10 Notice of Conventional Filing filed by AC2T, Inc., 7 Order on Motion for Leave to File Document Under Seal or Restricted. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(LDR) (Entered: 09/19/2022) |
| 09/21/2022 | Ï 12 | MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel by Donald Yee (Mayo, J.) (Entered: 09/21/2022) |
| 09/28/2022 | Ï 13 | RESPONSE to Motion re 1 MOTION to Compel filed by Donald Yee (Attachments: # 1 Exhibit A – Email from Mayo to Boyle and Dimon (without attachment), # 2 Exhibit B – Emails btw Mayo and Kopel, # 3 Exhibit C – Email from Kopel to Boyle and Dimon, # 4 Exhibit D – Letter from Adams to Mayo, # 5 Exhibit E – Email from Mayo to Adams and Kopel, # 6 Exhibit F – Emails btw Leslie, Ruiz, and Mayo, # 7 Exhibit G – Letter from Mayo to Boyle and Dimon, # 8 Exhibit H – Email from Mayo to Dimon, # 9 Exhibit I – Emails btw Dimon and Mayo, # 10 Exhibit J – Emails btw Dimon and Mayo, # 11 Exhibit K – Emails btw Dimon and Mayo, # 12 Exhibit L – Emails btw Dimon and Mayo, # 13 Exhibit M – Letter from Boyle to Mayo, # 14 Exhibit N – Email from Mayo to Boyle, # 15 Exhibit O – Letter from Hirsch, # 16 Exhibit P – Email from Adams to Mayo, # 17 Exhibit Q – Emails btw Kopel and others, # 18 Exhibit R – Docket Report AC2T v. Purrington)(Mayo, J.) (Entered: 09/28/2022) |
| 09/28/2022 | Ï 14 | MEMORANDUM IN SUPPORT re 13 Response to Motion,,, 1 MOTION to Compel filed by Donald Yee (Mayo, J.) (Entered: 09/28/2022) |
| 09/28/2022 | Ï 15 | MOTION to Quash *Subpoena* by The University of Southern Mississippi (Attachments: # 1 Exhibit A – 8.10.22 Privilege Log, # 2 Exhibit B – 8.14.22 Emails btw Adams and Mayo, # 3 Exhibit C – 9.28.22 Privilege Log)(Embry, Sarah) (Entered: 09/28/2022) |
| 09/28/2022 | Ï 16 | MEMORANDUM in Support re 15 MOTION to Quash *Subpoena* filed by The University of Southern Mississippi (Embry, Sarah) (Entered: 09/28/2022) |
| 09/29/2022 | Ï 17 | MOTION for David Tyler Adams to Appear Pro Hac Vice (Paid $100 PHV fee; receipt number AMSSDC–4946982) by AC2T, Inc. (Attachments: # 1 Attachment DTA NY CGS, # 2 Attachment DTA GA CGS)(Hunter, Seth) (Entered: 09/29/2022) |
| 09/30/2022 | Ï 18 | MOTION for Maria H. Ruiz to Appear Pro Hac Vice (Paid $100 PHV fee; receipt number AMSSDC–4947849) by AC2T, Inc. (Attachments: # 1 Attachment FL COGS, # 2 Attachment Hawaii COGS, # 3 Attachment NV COGS)(Hunter, Seth) (Entered: 09/30/2022) |
| 09/30/2022 | Ï 19 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 Response to Motion,,, by AC2T, Inc. (Hunter, Seth) (Entered: 09/30/2022) |
| 10/03/2022 | Ï 20 | ORDER granting 17 Motion to Appear Pro Hac Vice as to David Tyler Adams and Maria H. Ruiz. Signed by Magistrate Judge Robert P. Myers, Jr on October 3, 2022. (ELC) (Entered: 10/03/2022) |
| 10/03/2022 | Ï | TEXT ONLY ORDER granting 19 Unopposed Motion to extend the deadline to file Defendant AC2T, Inc.'s Reply to its Motion to Compel. The reply is due by October 12, 2022. No further written order will issue. Signed by Magistrate Judge Robert P. Myers, Jr on October 3, 2022. (elc) (Entered: 10/03/2022) |
| 10/06/2022 | Ï | TEXT ONLY ORDER granting 12 Motion for Extension of Time to File Response to Defendants Motion to Compel. The Court notes that Dr. Donald Yee filed a response on September 28, 2022. By operation of law, this response is deemed timely. No further written order will issue. Signed by |

| | | Magistrate Judge Robert P. Myers, Jr on October 6, 2022. (ELC) (Entered: 10/06/2022) |
|---|---|---|
| 10/12/2022 | Ï 21 | REPLY to Response to Motion re 1 MOTION to Compel filed by AC2T, Inc. (Hunter, Seth) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 22 | RESPONSE to Motion re 15 MOTION to Quash *Subpoena* filed by AC2T, Inc. (Hunter, Seth) (Entered: 10/12/2022) |
| 11/02/2022 | Ï 23 | ORDER Requiring Defendant AC2T, Inc., and interested parties Dr. Yee or the University of Southern Mississippi to submit briefs addressing the issue of transferring the action pursuant to Federal Rule of Civil Procedure 45. The deadline for briefs is due on or before November 16, 2022. Signed by Magistrate Judge Robert P. Myers, Jr on November 2, 2022 (ELC) (Entered: 11/02/2022) |
| 11/16/2022 | Ï 24 | Response to Order re 23 ORDER Requiring Defendant AC2T, Inc., and interested parties Dr. Yee or the University of Southern Mississippi to submit briefs addressing the issue of transferring the action pursuant to Federal Rule of Civil Procedure 45. The deadline for briefs is due on or before November 16, 2022. Signed by Magistrate Judge Robert P. Myers, Jr on November 2, 2022 (ELC) filed by The University of Southern Mississippi, Donald Yee (Attachments: # 1 Exhibit A – Docket Report 11.16.2022)(Mayo, J.) (Entered: 11/16/2022) |
| 11/16/2022 | Ï 25 | MEMORANDUM IN SUPPORT re 24 Response to Order,, 23 Order, filed by The University of Southern Mississippi, Donald Yee (Mayo, J.) (Entered: 11/16/2022) |
| 11/16/2022 | Ï 26 | Response to Order re 23 ORDER Requiring Defendant AC2T, Inc., and interested parties Dr. Yee or the University of Southern Mississippi to submit briefs addressing the issue of transferring the action pursuant to Federal Rule of Civil Procedure 45. The deadline for briefs is due on or before November 16, 2022. Signed by Magistrate Judge Robert P. Myers, Jr on November 2, 2022 (ELC) filed by AC2T, Inc. (Hunter, Seth) (Entered: 11/16/2022) |
| 12/21/2022 | Ï 27 | ORDER. The Clerk is directed to transfer the motion to compel 1 and the motion to quash or modify 15 to the United States District Court for the Eastern District of New York for disposition in connection with Kalman Rosenfeld v. AC2T, Inc., et al., 1:20–cv–4662–HG–PK (E.D.N.Y.). Upon transfer of the motions, the Clerk is directed to close this miscellaneous proceeding. Signed by Magistrate Judge Robert P. Myers, Jr on 12/21/2022. (LDR) (Entered: 12/21/2022) |
| 12/21/2022 | Ï | District Transfer Out to the District of United States District Court for the Eastern District of New York. (LDR) (Entered: 12/21/2022) |
| 12/21/2022 | Ï | Emailed IT Department to electronically transfer case to the United States District Court for the Eastern District of New York. Clerk will docket confirmation email when received from the Eastern District of New York. (LDR) (Entered: 12/21/2022) |