# Kasowitz Benson Torres LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  | NEW YORK, NEW YORK 10019 | HOUSTON |
| David Tyler Adams |  | Los Angeles |
| Direct Dial: (212) 506-1927 | (212) 506-1700 | Miami |
| Direct Fax: (212) 835-5067 | Fax: (212) 506-1800 | Newark |
| DAdams@kasowitz.com |  | San Francisco |
|  |  | Silicon Valley |
|  |  | Washington DC |

January 3, 2023

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Rosenfeld v. AC2T, Inc.*, Case No. 1:22-mc-03696-HG-PK (E.D.N.Y.)

Dear Judge Kuo:

      I write on behalf of Defendant AC2T, Inc., and with the consent of third-parties Dr. Donald Yee and The University of Southern Mississippi ("USM"), to apprise the Court that AC2T, Dr. Yee, and USM have resolved AC2T's Motion to Compel and USM's Motion to Quash, which were recently transferred to this Court from the Southern District of Mississippi. (*See* Case No. 1:22-mc-03696-HG-PK, ECF 27-28.)  Accordingly, we respectfully request that the Court adjourn the January 5, 2023 motion hearing on those Motions and terminate both Motions as moot.

      I thank the Court for its consideration of this request.

                                                      Sincerely,

                                                      */s/ David Tyler Adams*

                                                      David Tyler Adams